# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TRANSDATA, INC., SMART METERS
PATENT LITIGATION                                                                     MDL No. 2309

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 13, 2011, the Panel transferred 6 civil action(s) to the United States District Court for the Western District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Western District of Oklahoma. With the consent of that court, all such actions have been assigned to the Honorable Robin J Cauthron.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Oklahoma and assigned to Judge Cauthron.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Oklahoma for the reasons stated in the order of December 13, 2011, and, with the consent of that court, assigned to the Honorable Robin J Cauthron.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Oklahoma. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 29, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A true copy of the original
Robert D. Dennis, Clerk

By _____
Deputy

IN RE: TRANSDATA, INC., SMART METERS
PATENT LITIGATION                                                                  MDL No. 2309

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 11-02529 | TransData, Inc v. San Diego Gas &Electric Company |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 11-00745 | TransData, Inc. v. Wisconsin Power &Light Company |